IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                  Plaintiff,

vs.                                          Crim. No. 17-10008-IT

STATE STREET CORPORATION

                  Defendant.

## JOINT STATUS REPORT

The parties respectfully submit this joint status report and request that the Court keep this deferred action open pending filing of a motion to dismiss the pending Information ("Information") no later than July 31, 2022. *See* ECF No. 1

This deferred action is subject to the Deferred Prosecution Agreement ("DPA") that the Government filed as an attachment to the pending Information. The initial term of the DPA, subject to extension, was three years from the date State Street retained the monitor contemplated in the DPA. State Street retained the monitor on September 15, 2017. The parties extended the term of the DPA and related monitorship until January 31, 2022, because the pandemic, the resignation of the monitor (who took a position with the United States Securities and Exchange Commission) and the appointment of a replacement monitor, delayed completion of the monitor's work. The parties agree that the term of the DPA and the related monitorship expired on January 31, 2022. The DPA provides that the Government will move to dismiss the Information with prejudice within six months after the end of the DPA's term.

Accordingly, the parties jointly request that this action remain open pending filing of the dismissal of the Information no later than July 31, 2022.

Respectfully submitted,

STATE STREET CORPORATION

By its attorneys:

*/s/ John J. Butts*
John J. Butts (BBO No. 643201)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
Tel: (617) 526-6000
Fax: (617-526-5000
E-mail: john.butts@wilmerhale.com


RACHAEL ROLLINS

U.S. Attorney

By:   */s/ Stephen E. Frank*
Stephen E. Frank
Assistant United States Attorney

Dated: February 15, 2022

## CERTIFICATE OF SERVICE

   I, John J. Butts, hereby certify that this notice filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent by mail to those indicated as non-registered participants on this day.

                */s/ John J. Butts*
                John J. Butts